IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL SEAMON,

        Plaintiff,                    No.  03:10-cv-06421-HU

    v.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Hubel issued a Findings and Recommendation (#21) on September 18, 2012, in which he recommends that this Court grant plaintiff's stipulated motion for attorney's fees under the Equal Access to Justice Act (EAJA).

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v.</u>

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings & Recommendation [21]. Accordingly, plaintiff's motion for EAJA fees [18] is granted and plaintiff's counsel is awarded $3,475.86 in fees.

IT IS SO ORDERED.

DATED this  16  day of  OCT , 2012.

                                        /s/ Marco Hernandez
                                        MARCO A. HERNANDEZ
                                        United States District Judge

2 - ORDER